**Electronically Filed
Supreme Court
SCWC-19-0000581
08-OCT-2024
03:06 PM
Dkt. 20 ODAC**

SCWC-19-0000581

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK TRUST, N.A.,
AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,
Respondent/Plaintiff-Appellee,
vs.
THOMAS A. MORTON,
Petitioner/Defendant-Appellant,
and
RENE D. MORTON aka RENE D. RICHARDS; COUNTY OF HAWAIʻI,
a municipal corporation of the State of Hawaiʻi,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000581; CASE NO. 3CC18100151K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Malinao, in place of Devens, J., recused)

Petitioner Thomas A. Morton's Application for Writ of

Certiorari, filed on August 8, 2024, is hereby rejected

DATED: Honolulu, Hawaiʻi, October 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Clarissa Y. Malinao

